# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Libertarian Party of Minnesota, Chris Holbrook, Mason McElvain, Chris Dock, and Brian McCormick,<br><br>      Plaintiffs,<br><br>vs.<br><br>Steve Simon, in his official capacity as the Minnesota Secretary of State, or his successor,<br><br>      Defendant. | Civil No. 19-CV-2312 (DSD/DTS)<br><br>**SECRETARY'S<br>MOTION TO DISMISS COMPLAINT** |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Steve Simon respectfully moves the Court for an order dismissing all claims in Plaintiffs' complaint for failure to state a claim upon which relief can be granted.

This motion is based on a memorandum of law and one or more affidavits and exhibits to be filed in accordance with the Court's order regarding dispositive motion procedure, and on all the files, records, and proceedings herein.

Dated: January 9, 2020

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Nathan J. Hartshorn**
NATHAN J. HARTSHORN
Assistant Attorney General
Atty. Reg. No. 0320602

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1252 (Voice)
(651) 297-1235 (Fax)
nathan.hartshorn@ag.state.mn.us

ATTORNEY FOR STEVE SIMON, IN HIS
OFFICIAL CAPACITY AS THE
MINNESOTA SECRETARY OF STATE