# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Libertarian Party of Minnesota, Chris Holbrook, Mason McElvain, Chris Dock, and Brian McCormick,<br><br>Plaintiffs,<br><br>vs<br><br>Steve Simon, in his official capacity as the Minnesota Secretary of State, or his successor,<br><br>Defendant. | Case No. 19-CV-2312 (DSD)<br><br><br><br>**Second Declaration of Erick G. Kaardal** |

I, Erick G. Kaardal, declare that the following statements are true to the best of my knowledge and recollection:

1. The statements made in this declaration are based upon my personal knowledge.

2. I am the attorney of record for the Plaintiffs Libertarian Party of Minnesota, Chris Holbrook, Mason McElvain, Chris Dock, and Brian McCormick.

3. I am a named partner with the law firm of Mohrman, Kaardal and Erickson, P.A.  My office is located at 150 South Fifth Street, Suite 3100, Minneapolis, Minnesota.

4. Attached to my second declaration are the following exhibits referenced within the Plaintiffs summary judgment memorandum. They are copies of the documents described as follows:

| Ex. No. | Document Description | Source |
|---|---|---|
| G | Letter to Governor Tim Walz and Secretary of State from Erick G. Kaardal re: Socialist Workers Party request for reprieve from petition requirements, dated May 5, 2020 | Socialist Workers Party (permission granted for use) |
| H | Ballot Access News | www.ballot-access.org (Socialist Workers Party) |

I declare under penalty of perjury under the laws of the United States of America that the above statements are true to the best of my knowledge and recollection.

Dated: May 5, 2020.

    /s/Erick G. Kaardal
    Erick G. Kaardal