## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Libertarian Party of Minnesota, Chris Holbrook, Mason McElvain, Chris Dock, and Brian McCormick,<br><br>      Plaintiffs,<br><br>vs.<br><br>Steve Simon, in his official capacity as the Minnesota Secretary of State, or his successor,<br><br>      Defendant. | Civil No. 19-CV-2312 (DSD/DTS)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant writes to alert this Court to a significant new authority that is relevant to the cross-motions currently before the Court in the above-titled action.

In May 2020, the Minnesota Legislature passed a bill amending the statutory requirements for signatures on nominating petitions within the 2020 election cycle. *See* 2020 Minn. Laws ch. 77 (copy attached hereto as Exhibit A). Minnesota Governor Tim Walz signed the bill into law on May 12. *Id.* at 4.

Section 1 of the new legislation provides in pertinent part that, for the purposes of elections conducted in 2020, Minnesota election officials "must accept electronic mail, facsimile, or other electronic submissions of" nominating petitions, "including petition signatures collected electronically." *Id.* § 1, subds. 1(a), 4(a)(2). As a result, in 2020, Plaintiffs and other candidates and political parties preparing nominating petitions for office are permitted to submit their completed petitions to the Secretary and other election officials by electronic means.

Dated: May 18, 2020

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


/s/ **Nathan J. Hartshorn**
NATHAN J. HARTSHORN
Assistant Attorney General
Atty. Reg. No. 0320602

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2134
(651) 757-1252 (Voice)
(651) 297-1235 (Fax)
nathan.hartshorn@ag.state.mn.us

ATTORNEY FOR STEVE SIMON,
IN HIS OFFICIAL CAPACITY AS THE
MINNESOTA SECRETARY OF STATE