# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Libertarian Party of Minnesota, Chris Holbrook, Mason McElvain, Chris Dock, Brian McCormick | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 19-cv-02312-DSD-DTS |
| John J. Choi, Mike Freeman, Tony Palumbo, Steve Simon | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The motion to dismiss [ECF No. 9] is granted; and

2. The motion for summary judgment [ECF No. 11] is denied as moot.

Date: 5/29/2020

KATE M. FOGARTY, CLERK

s/M. Brigan
(By)  M. Brigan, Deputy Clerk