UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Libertarian Party of Minnesota, Chris Holbrook, Mason McElvain, Chris Dock, and Brian McCormick, | Case No. 19-CV-2312 (DSD-DTS) |
| Plaintiffs, | **NOTICE OF APPEAL** |
| vs | |
| Steve Simon, in his official capacity as the Minnesota Secretary of State, or his successor, | |
| Defendant. | |

---

Notice is given to Defendant Steve Simon, in his official capacity as the Minnesota Secretary of State, or his successor, that the Plaintiffs Libertarian Party of Minnesota, Chris Holbrook, Mason McElvain, Chris Dock, and Brian McCormick appeal to the United States Court of Appeals for the Eighth Circuit from the final order granting the Defendant's motion to dismiss filed on May 29, 2020. Judgment was entered May 29, 2020. The order adjudicated all claims as to all parties.

Dated: June 18, 2020

/s/Erick G. Kaardal
Erick G. Kaardal, 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs-Appellants*